**Order entered December 17, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00163-CV**
**No. 05-18-00164-CV**

## IN THE INTEREST OF M.A.A., A CHILD

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 1-09-843 and 1-15-76**

## ORDER

Before the Court is appellants' December 13, 2018 motion for a sixty-day extension to file their briefs. The briefs were first due June 15, 2018. After four extensions, the brief is now due December 17, 2018.

Our order granting the last extension motion cautioned appellants that further extension requests would be disfavored. Accordingly, we **GRANT** the motion to the extent we **ORDER** the brief be filed no later than January 22, 2019. *We caution that failure to file the briefs may result in dismissal of the appeal without further notice.* See TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/      DAVID EVANS
           JUSTICE